**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**TERRY HERVAS**                                                                                                  **PLAINTIFF**

v.                                              **Case No. 2:19-cv-00062-LPR**

**DANNY ELROY ALEXANDER,** *et al.*                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on May 5, 2020, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 5th day of May 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE